FILED

2017 JUL -7  P 4:17

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

CIVIL
DISTRICT COURT

STATE OF LOUISIANA

NO. 2017-6592

DIVISION "E16"

ERIC DUNBAR AND DORTH DUNBAR

VERSUS

EMC INSURANCE COMPANIES, COX COMMUNICATIONS
LOUISIANA, L.L.C. D/B/A D & J CABLE CONTRACTORS, AND
THIMOTHY LOVEJOY

FILED:_____        _____
                                                        DEPUTY CLERK

PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Eric Dunbar and Dorth Dunbar, persons of the full age of majority and a resident the Parish of Orleans, of the State of Louisiana, who, with respect, shows the Court as follows:

I.

That THIMOTHY LOVEJOY, made a party defendant herein, is a person of the full age of majority and a resident and citizen of the state of South Carolina. That COX COMMUNICATIONS LOUISIANA, L.L.C. d/b/a D & J CABLE CONTRACTORS, made a party defendant herein, is a foreign company authorized to do and doing business in the State of Louisiana at all times relevant hereto. That EMC INSURANCE COMPANIES, made a party defendant herein, is a foreign insurance company authorized to do and doing business in the State of Louisiana at all times relevant hereto. That said Defendants are liable, jointly and/or in solido, to Plaintiffs for the following:

II.

That on or about March 1, 2017 at approximately3:37 p.m., Eric Dunbar was operating a 2003 Ford Taurus in the left lane of N. Miro Street at its intersection with Elysian Fields Avenue in the Parish of Orleans Parish, State of Louisiana.

III.

That at approximately the same time and place, Timothy Lovejoy was operating a 2013 Dodge Ram truck in the right lane on N. Miro Street at its intersection with Elysian Fields Avenue in the Parish of Orleans Parish, State of Louisiana.

IV.

That at approximately the same time and place, Timothy Lovejoy, Defendant, improperly turned left into the Plaintiff's lane of travel causing the left front bumper of his 2013 Dodge Ram truck to collide into right side of the 2003 Ford Taurus vehicle driven by Eric Dunbar.

V.

That the aforesaid accident sued on herein was the fault of and proximately caused by Defendant, Thimothy Lovejoy, in the following, non-exclusive, respects:

(a)     by failing to maintain reasonable and proper control of the vehicle under his control upon a public road;

(b)     by operating the vehicle under his control in a reckless and negligent manner;

(c)     by making an improper turn in violation of New Orleans Ordinance 154-436;

(d)     by failing to maintain a proper lookout and see what should have been seen; failing to see what should be seen;

(e)     by cutting into plaintiff's lane of travel; and

(f)     other acts of negligence which were the cause of the accident sued upon and which will be shown at the trial of this matter.

VI.

That at all times relevant hereto, Thimothy Lovejoy, a non-resident motorist, was employed by and acting within the course and scope of his employment with D & J Cable Contractors, a company that was hired by Cox Communications Louisiana, LLC (Cox) to assist Cox in cable repairs following a tornado that ripped through New Orleans East; and therefore, Cox d/b/a D & J Cable Contractors is legally responsible for the negligent acts and omissions and/or fault of its employee, agent, or servant pursuant to the Louisiana Civil Code.

VII.

2

That as a result of the aforesaid collision, Eric Dunbar has sustained serious injuries to his right shoulder, neck and lower back, together with past and future mental anguish and physical suffering; past and future loss of enjoyment of life; past and future expenses for medical care; all of which entitles Plaintiff, Eric Dunbar, to recover from Defendant the damages as are reasonable in the premises.

VIII.

Petitioner shows that at all times mentioned hereinabove, there was in full force and effect a policy of insurance issued by Defendant, EMC Insurance Companies, under the terms and conditions of which it agreed to insure and indemnify Defendants, Timothy Lovejoy, D & J Cable Contractors and Cox, from the type of liability asserted herein.

IX.

That Eric Dunbar and Dorth Dunbar were married at all times relevant hereto and have remained married at all times thereafter.

X.

That as a result of the injuries which Eric Dunbar sustained in the accident sued on herein, Dorth Dunbar has suffered a loss of consortium, services and society of her husband, Eric Dunbar, and therefore has sustained damages as are reasonable in the premises.

XI.

Petitioner shows that this case involves damages which exceed the minimum requirements for trial by jury.

WHEREFORE, Petitioner, Eric Dunbar and Dorth Dunbar, pray that Defendants Thimothy Lovejoy, EMC Insurance Companies, and Cox Communications Louisiana LLC d/b/a D & J Cable Contractors, be served with a certified copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Petitioners, Eric Dunbar and Dorth Dunbar, and against Defendants, Thimothy Lovejoy, EMC Insurance Companies, and Cox Communications Louisiana LLC d/b/a D & J Cable Contractors, jointly and/or in solido, for damages as are reasonable in the premises; each of said judgments to bear legal interest from the date of judicial demand until paid and for all costs of these proceedings

3

RESPECTFULLY SUBMITTED:

MORRIS BART, LLC
ATTORNEY FOR PLAINTIFF
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA 70130
TELEPHONE: (504) 525-8000
FACSIMILE: (800) 314-0989
E-MAIL: dsnellings@morrisbart.com


BY: _____
DANIEL B SNELLINGS, NO. LA20004


**PLEASE SERVE:**

THIMOTHY LOVEJOY
VIA THE LOUISIANA NON-RESIDENT MOTORIST STATUTE
Through the Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

172 City Lake
Pickens, SC 17822

D & J CABLE CONTRACTORS
VIA LONG-ARM SERVICE
2579 Eric Lane
Burlington, NC 27215

EMC INSURANCE COMPANIES
Through the Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

COX COMMUNICATIONS LOUISIANA, L.L.C.
Through its agent for service of process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

4